UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00197 |
| | ) | CHIEF JUDGE HAYNES |
| BRANDON RAY MALONE | ) | |

MOTION TO CONTINUE PLEA HEARING

COMES NOW Brandon Ray Malone and respectfully requests that the Court continue the plea hearing currently set for **Monday, November 26, 2012, at 1:30 p.m. to either Monday, December 3, 2012, or Friday, December 7, 2012.** Pursuant to the Court's order, counsel must notify the Court at least three days prior to plea hearing if the defendant does not intend to enter a guilty plea as scheduled, in order to assist with the Court's calendar. (D.E. 16). Counsel would show that, at this time, Mr. Malone intends to resolve his case by way of a guilty plea, but requires additional time to receive and review discovery materials, negotiate with the Government and to discuss a potential plea. For these reasons, it is respectfully requested that the Court reschedule the plea hearing to one of the dates set forth above, or until a date and time convenient with the Court's calendar.

Respectfully submitted,

s/ *Ronald C. Small*
**RONALD C. SMALL**
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Telephone (615)736-5047

Attorney for Brandon Ray Malone

[Handwritten annotations on document: "ORDER", "The motion is granted. Plea hearing is reset for December 3, 2012 at 4:00 pm", signature, "11-14-12"]