UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-00197 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| BRANDON RAY MALONE | ) | |

*Handwritten annotation: ORDER / This motion is GRANTED. / [signature] / US DJ / 7-26-13*

## MOTION CONTINUE SENTENCING HEARING

COMES NOW Brandon Ray Malone through counsel and respectfully requests that the

Court grant a brief continuance of the sentencing hearing currently scheduled for Friday, August

2, 2013, at 4:00 p.m. until Monday, August 5, 2013, at a time convenient with the Court.

Counsel would show that he will be out of the district on August 2 and will only require a short

continuance of the sentencing hearing for that reason. Additionally, the continuance is necessary

so that counsel may resolve a pending state matter which will prove beneficial to Mr. Malone and

will facilitate his prompt designation to a Bureau of Prisons facility. Assistant U.S. Attorney

William Lee Deneke has no objection to this request and has advised that he is available on

August 5, 2013, for the sentencing hearing. Pursuant to this Court's order (D.E. 35), other than

Mr. Malone's allocution, counsel expects to call one witness and the hearing should last no

longer than a half an hour.

Respectfully submitted,


/s/ Ronald C. Small
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Brandon Ray Malone